THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY H. CUNNINGHAM et al., Respondents, *v.* THOMAS L. FEITNER et al., Constituting the Board of Taxes and Assessments of the City of New York, Appellants.

  SAME, Respondents, *v.* SAME, Appellants.

  SAME, Respondents, *v.* SAME, Appellants.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY H. CUNNINGHAM et al., Respondents, *v.* JAMES L. WELLS et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AMERICAN MANUFACTURING COMPANY, Respondent, *v.* JAMES L. WELLS et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AMERICAN MANUFACTURING COMPANY, Respondent, *v.* FRANK A. O'DONNEL et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

  SAME, Respondent, *v.* SAME, Appellants.

*People ex rel. Cunningham* v. *Feitner*, 129 App. Div. 924, affirmed.
*People ex rel. Cunningham* v. *Wells*, 129 App. Div. 924, affirmed.
*People ex rel. American Mfg. Co.* v. *Wells*, 129 App. Div. 924, affirmed.
*People ex rel. American Mfg. Co.* v. *O'Donnel*, 129 App. Div. 924, affirmed.

(Argued November 8, 1909; decided November 23, 1909.)

APPEAL, in each of the above-entitled proceedings, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1908, which affirmed an order of Special Term reducing assessments for purposes of taxation against certain real estate of the relators.

*Francis K. Pendleton, Corporation Counsel (David Rumsey* and *Curtis A. Peters* of counsel), for appellants.

*Thomas F. Magner* for respondents.

Orders affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: HISCOCK, J.